UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL          JS-6

| | | | |
|---|---|---|---|
| Case No. | CV 15-2135-TJH/CR 11-0069-TJH | Date | JULY 22, 2015 |

Title   HAI VAN PHAM v. UNITED STATES OF AMERICA

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of Defendant's motion to voluntarily dismiss motion under 28 U.S.C.§ 2255 to vacate set aside or correct sentence by a prison in Federal custody, filed on July 20, 2015.

The Court having read and considered said motion, hereby GRANTS Defendant's motion to voluntarily dismiss.

IT IS SO ORDERED.


cc: all parties